# THE MARKS LAW FIRM, P.C.

April 14, 2021

**Via ECF:**
Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

      **RE:** **Luc Burbon v. American Tomboy, Inc.**
            Index: 1:21-cv-00764-NGG-PK

Dear Judge Kuo,

    The Parties respectfully requests an extension of the deadline to finalize the settlement or reopen the above referenced matter.

    On March 11, 2021, the Parties requested a 30-day order to finalize a settlement agreement. Due to some delays, the Parties require additional time to finalize the settlement agreement. Therefore, the Parties requests an additional thirty (30) days to finalize the agreement and file a stipulation of dismissal or move to reopen the case.

    We thank you and the Court for its time and consideration on this matter.

                                Regards,

                                The Marks Law Firm, P.C.

                                By:_____
                                    Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com